IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| RAPIDS ICE COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 3:04-CV-07179 |
| | ) | |
| v. | ) | Judge David A. Katz |
| | ) | |
| HOME CITY ICE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

## MOTION TO INTERVENE FOR PURPOSE
## OF SEEKING ORDER TO UNSEAL DOCUMENTS

Petitioners Lawrence J. Acker, Brian W. Buttars, Linda Desmond, Ron Miastkwoski, Perry Peka, Patrick Simasko, Aienello Mancusi and Wayne Stanford, hereby move to intervene under Fed. R. Civ. P. 24(b)(1)(B) for purposes of requesting an order to unseal documents and deposition transcripts that have been filed under seal in this action. In support of their motion, Petitioners state:

1.      Petitioners are plaintiffs in *In re Packaged Ice Antitrust Litig.*, MDL No. 1952 ("*Packaged Ice*"). They are individual consumers of packaged ice and putative class representatives of packaged ice consumers in 48 jurisdictions. They allege that they purchased packaged ice from Home City Ice Company ("Home City") or its co-conspirators at artificially inflated prices as a result of an antitrust cartel for which Home City and one of its co-conspirators were convicted. A copy of Petitioners' Amended Class Action Complaint is annexed hereto as Exhibit A.