IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAPIDS ICE CO.,

                Plaintiff,                Case No. 3:04 CV 7179

  -vs-

                                                O  R  D  E  R

HOME CITY ICE CO., et al.,

                Defendant.

KATZ, J.

      On July 9, 2013 Plaintiff filed a motion for modification of settlement agreement (Doc. No. 145).  After due consideration of Plaintiff's motion, Defendants' response and Plaintiff's reply, the Court has determined that no strong argument has been set forth favoring Plaintiff's position to modify the settlement agreement between the parties.  Such agreements are generally given finality and no changes made in the absence of exigent circumstances or fraud.  Neither exists here.

      Therefore, Plaintiff's motion is denied.

      IT IS SO ORDERED.

                                                s/ *David A. Katz*
                                               DAVID A. KATZ
                                             U. S. DISTRICT JUDGE